UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                  CRIMINAL ACTION NO. 2:98-00169

LACEY CORTEZ PRYOR


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On October 6, 2005, the United States of America appeared by R. Booth Goodwin, II, Assistant United States Attorney, and the defendant, Lacy Cortez Pryor, appeared in person and by his counsel, Megan J. Schueler, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by Senior United States Probation Officer Keith E. Zutaut, the defendant having commenced a three-year term of supervised release in this action on January 28, 2004, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on May 21, 1999.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) that the defendant committed the state and local offense of assault inasmuch as he assaulted and struck his girlfriend, Pamela Hudgins, on or about August 8 or 9, 2005, and on that same day struck another individual and kicked out the windows of that individual's automobile; and (2) that the defendant used and possessed cocaine, marijuana, ecstasy and amphetamine as evidenced by a positive urine screen submitted by him on August 9, 2005; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Pro-

cedure, and finding, on the basis of the original offense and the intervening conduct of the defendant, that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE (12) MONTHS to be followed by a term of TWENTY-FOUR (24) MONTHS supervised release, upon the sixteen standard conditions of supervised release in effect in this district and the further condition that the defendant not commit another federal, state or local crime. It is further ORDERED that, with respect to defendant's twelve-month term of imprisonment, he shall receive credit for time served while in custody awaiting hearing and sentencing from September 12, 2005, to October 6, 2005.

The defendant was remanded to the custody of the United States Marshal.

Recommendation: The court recommends that the defendant be designated to an institution as close to his home as feasible.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 31, 2005

John T. Copenhaver, Jr.
United States District Judge

4